IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 09-13434 |
| CHARLES W. ABRAMS | § | |
| GLORIA W. ABRAMS, | § § | CHAPTER 13 |
| DEBTOR. | § § | |

## CONDITIONAL OBJECTION TO CONFIRMATION BY ROBERTSON BANKING COMPANY

COMES NOW, Robertson Banking Company, a secured creditor in the above referenced case and files this conditional objection to confirmation of the debtors plan in support of the same states as follows:

1. Debtor is the holder of an over secured claim in this case as evidenced by the proof of claim number 2 filed on August 20, 2009.

2. Debtors plan in paragraph 10 proposes to pay the claim of Robertson Banking Company direct. However, the debtors plan in paragraph 7 appears to state that a portion of the claim of Robertson Banking Company will be paid at 0% interest.

WHEREFORE, Robertson Banking Company moves this Honorable Court to deny comfirmation of the debtors plan and grant the bank such other and further relief which bank is entitled.

/s/ Justin B. Little
Justin B. Little
Attorney for Robertson Banking Company
Code No. LITTJ1256

OF COUNSEL:
REYNOLDS, REYNOLDS & DUNCAN, P.C.
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863
Telephone: (205) 391-0073
File No. 69.0378

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Conditional Objection to Confirmation and Electronically and/or has been served upon the following by first class United States mail, properly addressed with postage prepaid, on this date, August 20, 2009:

John C. McAleer, III, Trustee
Post Office Box 1884
Mobile, Alabama 36633

Richard Shinbaum, Esq.
Post Office Box 201
Montgomery, Alabama 36101

/s/ Justin B. Little
Of Counsel for Robertson Banking Company